IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH VALENTINE AWE,

    Petitioner,                        JUDGMENT IN A CIVIL CASE

v.                                 Case No. 14-cv-872-wmc

GRANT COUNTY COURT
OF WISCONSIN,

    Respondent.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Kenneth Valentine Awe's petition for a writ of habeas corpus under 28 U.S.C. § 2254 with prejudice.

    /s/                                               2/17/2015

    Peter Oppeneer, Clerk of Court                    Date